IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KAITLIN H.,

Plaintiff,

Case No. 3:26-cv-108

vs.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO REMAND (Doc. No. 10); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF FINAL JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. No. 10. Upon careful review of the record, the Court concludes that remand is warranted because of deficits in the Administrative Law Judge's ("ALJ's") evaluation of the opinion evidence and Plaintiff's subjective statements. *See* 20 C.F.R. §§ 404.1527, 404.1529. The Court thus finds the ALJ's opinion unsupported by substantial evidence and meriting reversal. For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, the Court: (1) **GRANTS** the parties' joint motion to remand; (2) **REVERSES** the ALJ's decision; and (3) **REMANDS** this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for proceedings consistent with the parties' joint motion and this Order. Upon remand, the Appeals Council will vacate all findings in the ALJ's previous decision. Thereafter, the ALJ will evaluate the medical opinions and prior

administrative medical findings as 20 C.F.R. § 404.1527 mandates; evaluate Plaintiff's subjective statements as 20 C.F.R. § 404.1529 mandates; develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act; hold a new hearing; and issue a new decision. The Clerk is **ORDERED** to enter final judgment in Plaintiff's favor.

This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

November 17, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge